IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JEREMY BRYAN BARNEY aka JEREMY BRYAN BARNEY RANDALL,<br><br>Plaintiff,<br><br>v.<br><br>ADULT PROBATION & PAROLE, *et al.*,<br><br>Defendants. | **MEMORANDUM DECISION<br>& ORDER DISMISSING COMPLAINT**<br><br>Case No. 2:20-CV-84-HCN<br><br>Howard C. Nielson, Jr.<br>United States District Judge |

Plaintiff has not responded to the June 18, 2020 order to within thirty days show cause why his case should not be dismissed for failing to file his certified six-month inmate account statement, as ordered. *See* Dkt. Nos. 2, 5. Plaintiff was last heard from on February 7, 2020—more than seven months ago—when he submitted his complaint and *in forma pauperis* application. *See* Dkt. Nos. 1, 3. Plaintiff has not since updated his address with the court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.").

\* \* \*

**IT IS HEREBY ORDERED** that, because Plaintiff has neither followed the court's order, nor prosecuted this case, *see* DUCivR 41-2, Plaintiff's complaint is **DISMISSED** without prejudice. This action is **CLOSED**.

DATED this 18th day of September, 2020.

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge